UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-62052-CIV-COHN-SELTZER

DESIREE MONTFORT, individually and
on behalf of all others similarly situated,

     Plaintiff,

vs.

ASSET RECOVERY SOLUTIONS, LLC,
NAVIENT SOLUTIONS, LLC, and
JOHN DOES 1-25

     Defendants.

_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon the parties' joint Stipulation of Dismissal

[DE 36]. The Parties dismiss this case with prejudice and without costs pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, the Clerk of Court is hereby directed to **CLOSE** this case and **DENY**

any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, this 6th day of November, 2018.

_____
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF